UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                 )   Magistrate Docket No. '08 MJ 0082
                                          )
                     Plaintiff,           )
                                          )   COMPLAINT FOR VIOLATION OF:
          v.                              )
                                          )   Title 8, U.S.C., Section 1326
Salvador VENEGAS-Flores,                  )   Deported Alien Found in the
                                          )   United States
                                          )
                     Defendant            )
_____)

The undersigned complainant, being duly sworn, states:

On or about **January 10, 2008** within the Southern District of California, defendant, **Salvador VENEGAS-Flores,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **11th** DAY OF **JANUARY 2008.**

_____
Louisa S. Porter
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Salvador VENEGAS-Flores

### PROBABLE CAUSE STATEMENT

On January 10, 2008 at approximately 9:00 a.m., Officer R. Galanos of the Carlsbad Police Department encountered an individual on a vehicle stop in Carlsbad, California. The individual presented Officer Galanos with a falsified driver's license and had no other type of identification on him. Officer Galanos cited the individual for driving without a license, presenting false identification and driving without insurance. Officer Galanos then brought the individual to the San Clemente Border Patrol Station to assist with translation and a immigration evaluation.

At the station, Border Patrol Agent William Tracy identified himself as a United States Border Patrol Agent and questioned the individual as to his immigration status. The individual identified as defendnat **Salvador VENEGAS-Flores**, stated he was a citizen and national of El Salvador. Agent Tracy also asked VENEGAS if he possessed any immigration documents. VENEGAS stated that he did not have any immigration documents allowing him to enter, be, or remain in the United States legally. At approximately 10:00 a.m., Agent Tracy placed VENEGAS under arrest.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **July 20, 2007** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.